UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Steel City Enterprises Inc.

                                              Plaintiff,

v.                                                                                              Case No.:
1:23−cv−02037

Honorable Franklin U. Valderrama

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on the Attached Schedule A

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 15, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: On the grounds set forth in the motion and accompanying brief in support, Plaintiff's motion for an entry of a preliminary injunction [23] is granted. Enter Preliminary Injunction Order. The Preliminary Injunction is entered at 6:00 P.M. on May 15, 2023 and shall remain in effect until otherwise ordered. The following documents are to be unsealed: (1) Schedule A to the Complaint [4]; (2) Exhibit 2 [4−1]; and (3) the TRO [13]. Counsel for Plaintiff is ordered to add ALL Defendant names listed in the Schedule A to the docket within three business days. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.