**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**STEEL CITY ENTERPRISES, INC.**,

     Plaintiff,

v.

**The Individuals, Corporations, Limited
Liability Companies, Partnerships, and
Unincorporated Associations Identified
on the Attached Schedule A**,

     Defendants.

Case No.: 1:23-cv-02037

## FULL SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on September 20, 2023 [92], in favor of

Plaintiff Steel City Enterprises, Inc. and against the Defendants Identified in the revised Schedule

A [82-1] for willful patent infringement.

| Def. #: | Store Name: | Platform: |
|---------|-------------|-----------|
| 220     | MAITING     | Amazon    |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced

Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized to make an

entry of the full and complete satisfaction on the docket of said judgment.

Date: February 26, 2024

Respectfully submitted,

/s/ Nicholas S. Lee
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Telephone:     (847) 969-9123
Facsimile:     (847) 969-9124

*Counsel for Plaintiff, Steel City Enterprises, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this February 26, 2024.

/s/ Nicholas S. Lee
Nicholas S. Lee